388 P.3d 48

**Albert BATALONA, Petitioner–Appellant,**

v.

**STATE of Hawai'i, Respondent–Appellee**

**NO. CAAP–15–0000569**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, October 18, 2016

As Amended November 17, 2016

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (SPECIAL PROCEEDING PRISONER NO. 10–1–0096 (CRIMINAL NO. 99–1549))

MEMORANDUM OPINION

Affirmed.

■

388 P.3d 48

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Brandon K. HILLIS, Defendant–Appellant**

**NO. CAAP–15–0000482**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, October 19, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 13–1–1781)

SUMMARY DISPOSITION ORDER

Affirmed.

■

388 P.3d 48

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Samuel P. KING, Jr., Defendant–Appellant**

**NO. CAAP–15–0000898**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, October 19, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION (CASE NO. 1DTI–15–113363)

SUMMARY DISPOSITION ORDER

Reversed.